# United States Court of Appeals
## For the First Circuit

No. 21-1457

UNITED STATES OF AMERICA,

Appellee,

v.

FÉLIX A. SERRANO-BERRÍOS,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on June 27, 2022 is amended as follows:

On page 5, line 4, "thus" is replaced with "so"